UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| CROWN CASTLE FIBER LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAYOR and CITY COUNCIL of OCEAN CITY,<br><br>Defendant. | Case No.: 1:21-cv-03070-ELH |

[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO CONSOLIDATE CASES *ELH*

WHEREAS, Plaintiff Crown Castle Fiber LLC has filed a Consent Motion to Consolidate Cases (the "Motion");

WHEREAS, Defendant Mayor and City Council of Ocean City, while not joining in the Motion, has consented to consolidation of the cases.

Having considered the Motion and good cause having been shown, the Court **GRANTS** the Motion and **ORDERS** that Civil Action No. 1:21-cv-03070 be and hereby is joined with Civil Action No. 1:21-cv-01812, and further proceedings be consolidated in Civil Action No. 1:21-cv-01812, *which shall be designated as the lead case. ELH*

IT IS SO ORDERED

Dated: 1/3/22

*Ellen L. Hollander*
The Honorable Ellen L. Hollander
Judge of the District Court of Maryland